7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Cory Wayne Risseeuw and Tina Marie Risseeuw
*Debtor*

*Bankruptcy Case No.*
11−45148−abf7

**BTC Bank**
  Plaintiff(s)

*Adversary Case No.*
12−04060−abf

v.

**Cory Wayne Risseeuw**
  Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That a non−dischargeable judgment in the amount of $150,000 is hereby entered in favor of Plaintiff, BTC Bank and against Defendant, Cory Wayne Risseeuw, subject to the Covenant to Stay Execution referenced in Doc. No. 31, Judgment of Non−Dischargeability, entered by the Court on 3/26/2013 in Adversary No. 12−4060−abf.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
  Deputy Clerk



Date of issuance: 3/26/13

Court to serve